No. 85–10. PRESBYTERY OF BEAVER-BUTLER OF THE UNITED PRESBYTERIAN CHURCH IN THE UNITED STATES OF AMERICA ET AL. *v.* MIDDLESEX PRESBYTERIAN CHURCH ET AL. Sup. Ct. Pa. Motion of petitioners to consolidate this case with No. 84–2035,

*York* v. *First Presbyterian Church of Anna, supra,* denied.   Certiorari denied.